# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMAD SOHAIL SALEEM, | : | Civil No. 3:19-cv-25 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CORRECTIONS OFFICER BRUNGART, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 6th day of March, 2020, upon consideration of Defendants' motion (Doc. 12) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 12) for summary judgment is **GRANTED** on the ground that Plaintiff did not properly exhaust his administrative remedies pursuant to the PLRA before filing suit with respect to any claims against Defendants Garman, McMahon, Houser, Glass, Miller, Pilosi, and Dupont, and any claims other than the misconduct-related claim against Defendant Brungart. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Garman, McMahon, Houser, Glass, Miller, Pilosi, and Dupont, against Plaintiff.

2. The motion (Doc. 12) to dismiss is **GRANTED** with respect to the misconduct-related claim against Defendant Brungart.

3. The action against the John Doe Defendants is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                   _____
                                                   Robert D. Mariani
                                                   United States District Judge